IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>        Plaintiffs,<br><br>        v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>        Defendants. | C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' First Set of Requests for Production of Documents and Things To NxEdge, Inc. and Plaintiffs' First Set of Requests for Production of Documents and Things to the Lynn Defendants were caused to be served on March 1, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Kevin M. Baird<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | B. Newal Squyres<br>**HOLLAND & HART LLP**<br>101 S. Capitol Blvd., Suite 1400<br>P.O. Box 2527<br>Boise, ID 83701<br><br>Lawrence D. Graham<br>**BLACK LOWE & GRAHAM, PLLC**<br>701 Fifth Ave., Suite 4800<br>Seattle, WA 98104 |

-2-

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Leslie A. Polizoti
                    _____
                    Karen Jacobs Louden (#2881)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
OF COUNSEL:           Attorneys for Plaintiffs W.C. Heraeus GmbH &
                    Heraeus Incorporated

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


March 1, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Kevin M. Baird (kbaird@ysct.com) and Karen Jacobs Louden (klouden@mnat.com).

I also certify that on March 1, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Kevin M. Baird
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


/s/ Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com

453255

-3-