IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant NxEdge, Inc. hereby certify that copies of (1) NxEdge, Inc.'s First Set of Requests for Production (Nos. 1-97) and (2) NxEdge, Inc.'s First Set of Interrogatories (Nos. 1-40) were caused to be served on March 1, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

**BY FEDERAL EXPRESS**

> Fay Morisseau, Esquire
> Mark Itri, Esquire
> Dennis Duchene, Esquire
> McDermott Will & Emery, LLP
> 18191 Von Karman Ave., Suite 400
> Irvine, CA 92612

        B. Newal Squyres
Kevin C. Braley
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID 83701

    Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 1, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

    B. Newal Squyres
Kevin C. Braley
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID 83701

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Kevin M. Baird*
Kevin M. Baird (# 4219)
Glenn C. Mandalas (# 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendant NxEdge, Inc.

OF COUNSEL:

Lawrence D. Graham
David A. Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3300

Dated: March 1, 2005