# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DE 19899-1347

———

(302) 658 9200
(302) 658 3989 (FAX)

LESLIE A. POLIZOTI
(302) 575 7415
(302) 425 3084 (FAX)
LPOLIZOTI@MNAT.COM

March 8, 2005

BY ELECTRONIC FILING

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

    Re:    *W.C. Heraeus v. Lynn Plasma, et al.*, C.A. No. 04-904 (KAJ)

Dear Judge Jordan:

       I am enclosing a Scheduling Order which includes the dates set during the March 1 conference. If the Order is acceptable to the Court, the parties request that it be entered.

               Respectfully,

               /s/ Leslie A. Polizoti (#4299)

cc:   Peter T. Dalleo, Clerk (By Hand)
      Dennis A. Duchene (By Facsimile)
      Kevin M. Baird (By E-filing and By Hand)
      Lawrence D. Graham (By Facsimile)
      B. Newal Squyres (By Facsimile)