IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>Defendants. | C.A. No. 04-904 (KAJ)<br><br><br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE* OF DAVID M. STEIN AND JENNIFER L. YOKOYAMA

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of David M. Stein and Jennifer L. Yokoyama of the law firm of McDermott Will & Emery LLP, 18191 Von Karman Avenue, Suite 400, Irvine, California 92612-7107, telephone number (949) 851-0633, to represent plaintiffs in this matter.

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612-7107
(949) 851-0633

March __, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiffs W.C. Heraeus GmbH & Co. KG and Heraeus Incorporated

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of David M. Stein and Jennifer L. Yokoyama is granted.


Dated: _____     _____
                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Texas pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

_____
David M. Stein
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, California 92612-7107
(949) 851-0633

Date: March 8, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Jennifer L. Yokoyama
McDermott Will & Emery LLP
18191 Von Karman Avenue, Suite 400
Irvine, California 92612-7107
(949) 851-0633

Date: March 9, 2005

ORC 359321-2.071648.0011

4