## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 9, 2005 I electronically a Motion And Order For Admission Pro Hac Vice of David M. Stein And Jennifer L. Yokoyama with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

    Kevin M. Baird
    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

    MORRIS, NICHOLS, ARSHT & TUNNELL
    /s/ Karen Jacobs Louden
    Leslie A. Polizoti (#4299)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware 19899
    (302)658-9200
    Attorneys for plaintiffs W.C. Heraeus, et al.
    klouden@mnat.com

449910