IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>            Plaintiffs,<br><br>      v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:

(1) Plaintiffs' First Set of Requests for Admission to NxEdge, Inc.;

(2) Plaintiffs' First Set of Interrogatories to the Lynn Defendants;

(3) Plaintiffs' First Set of Interrogatories to NxEdge, Inc.;

(4) Plaintiffs' First Requests for Inspection to NxEdge, Inc.; and

(5) Plaintiffs' First Set of Requests for Admission to the Lynn Defendants

were caused to be served on March 10, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Kevin M. Baird<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | B. Newal Squyres<br>**HOLLAND & HART LLP**<br>U.S. Bank Plaza<br>101 S. Capitol Blvd., Suite 1400<br>Boise, ID 83702 |

**BY FEDERAL EXPRESS**

Lawrence D. Graham
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti
_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
Attorneys for Plaintiffs W.C. Heraeus GmbH &
Heraeus Incorporated

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


March 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Kevin M. Baird (kbaird@ysct.com) and Karen Jacobs Louden (klouden@mnat.com).

I also certify that on March 10, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### BY HAND

Kevin M. Baird
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com

453255

-3-