IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant NxEdge, Inc. hereby certify that copies of NxEdge, Inc.'s Rule 26(a) Initial Disclosures were caused to be served on March 7, 2005 upon the following counsel of record in the manner indicated below:

### BY EMAIL

    Karen Jacobs Louden, Esquire
    Leslie A. Polizoti, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899

    Fay Morisseau, Esquire
    McDermott Will & Emery, LLP
    18191 Von Karman Ave., Suite 400
    Irvine, CA 92612

    John Eustermann, Esquire
    Holland & Hart LLP
    101 S. Capitol Boulevard, Suite 1400
    P.O. Box 2527
    Boise, ID  83701

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 17, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

    Karen Jacobs Louden, Esquire
    Leslie A. Polizoti, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Fay Morisseau, Esquire
    Mark Itri, Esquire
    Dennis Duchene, Esquire
    McDermott Will & Emery, LLP
    18191 Von Karman Ave., Suite 400
    Irvine, CA 92612

    B. Newal Squyres, Esquire
    Kevin C. Braley, Esquire
    Holland & Hart LLP
    101 S. Capitol Boulevard, Suite 1400
    P.O. Box 2527
    Boise, ID 83701

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Kevin M. Baird_
Kevin M. Baird (# 4219)
Glenn C. Mandalas (# 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600

Attorneys for Defendant NxEdge, Inc.

OF COUNSEL:

Lawrence D. Graham
David A. Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3300

Dated: March 17, 2005

WP3:1095066.1                                            63807.1001