IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., )<br>)<br>)<br>Defendants. ) | Civil Action No. 04-904 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of Lynn Defendants' Joint Rule 26(a)(1) Initial Disclosures were caused to be served on March 7, 2005 upon the following counsel of record in the manner indicated below:

**BY U.S. MAIL, HAND DELIVERED, OVERNIGHT MAIL, TELECOPY (FAX)**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on March 29, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

    Fay Morisseau, Esquire
    Mark Itri, Esquire
    Dennis Duchene, Esquire
    McDermott Will & Emery, LLP
    18191 Von Karman Ave., Suite 400
    Irvine, CA 92612

    Lawrence D. Graham
    David A. Lowe
    Black Lowe & Graham, PLLC
    701 Fifth Avenue, Suite 4800
    Seattle, WA 98104
    (206) 381-3300

    YOUNG CONAWAY STARGATT &
    TAYLOR, LLP

    _/s/ Kevin M. Baird_____
    Kevin M. Baird (# 4219)
    Glenn C. Mandalas (# 4432)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, Delaware 19801
    (302) 571-6600

    Attorneys for Lynn Defendants

OF COUNSEL:

B. Newal Squyres, Esquire
Kevin C. Braley, Esquire
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID 83701


Dated: March 29, 2005