IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W. C. HERAEUS GMBC & CO., (a German corporation) and HERAEUS INCORPORATED (a Delaware corporation), | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-904-KAJ |
| MARJORIE JOY LYNN, as Personal Representative for the ESTATE OF DAVID MARK LYNN, and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation), | : : : : : : : : | |
| Defendants. | : | |

## ORDER

At Wilmington this **30th** day of **March, 2005**.

IT IS ORDERED that the teleconference scheduled for Tuesday, April 26, 2005 at 9:00 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences shall now take place at **11:00 a.m.  Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE