IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>    Plaintiffs,<br><br>  v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>    Defendants. | C.A. No. 04-904 (KAJ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on March 31, 2005, copies of the following documents were caused to be served upon counsel of record in the manner indicated:

(1) Plaintiffs' Responses to Defendant Nxedge Inc.'s First Set of Interrogatories (1-40); and

(2) Plaintiffs' Responses to Nxedge Inc.'s Requests for Production (1-97).

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Kevin M. Baird<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | B. Newal Squyres<br>HOLLAND & HART LLP<br>U.S. Bank Plaza<br>101 S. Capitol Blvd., Suite 1400<br>Boise, ID 83702<br><br>Lawrence D. Graham<br>BLACK LOWE & GRAHAM, PLLC<br>701 Fifth Ave., Suite 4800<br>Seattle, WA 98104 |

                                              MORRIS, NICHOLS, ARSHT & TUNNELL

                                                */s/ James W. Parrett*
                                        Karen Jacobs Louden (#2881)
                                        Leslie A. Polizoti (#4299)
                                        James W. Parrett, Jr. (#4292)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                          *Attorneys for Plaintiffs W.C. Heraeus GmbH*
OF COUNSEL:                                       *& Heraeus Incorporated*

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, CA  92612
(949) 851-0633

April 1, 2005
458263

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Kevin M. Baird (kbaird@ysct.com) and Karen Jacobs Louden (kjlefiling@mnat.com).

        */s/ James W. Parrett*
James W. Parrett, Jr. (#4292)
MORRIS, NICHOLS, ARSHT & TUNNELL
(302) 658-9200
jparrett@mnat.com

458263