## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 04-904 (KAJ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendant NxEdge, Inc. hereby certify that copies of

Plaintiffs' First Set of Requests for Admission to NxEdge, Inc. and Responses Thereto were

caused to be served on April 11, 2005 upon the following counsel of record in the manner

indicated below:

**BY EMAIL**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

B. Newal Squyres, Esquire
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID 83701

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on April 12, 2005, upon the following counsel of record in the manner indicated:

### BY ELECTRONIC FILING & HAND DELIVERY

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

### BY FEDERAL EXPRESS

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

B. Newal Squyres, Esquire
Kevin C. Braley , Esquire
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID  83701

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Glenn C. Mandalas (# 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
gmandalasycst.com

Attorneys for Defendant NxEdge, Inc.

OF COUNSEL:

Lawrence D. Graham
David A. Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3300

Dated:  April 12, 2005