IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned, counsel for defendant NxEdge, Inc. hereby certify that copies of Lynn Defendants' Responses to Plaintiffs' First Set of Requests for Production of Documents and Things were caused to be served on April 7, 2005 upon the following counsel of record in the manner indicated below:

**BY EMAIL**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham, Esquire
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on April 12, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham, Esquire
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Glenn C. Mandalas

Glenn C. Mandalas (# 4432)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

Attorneys for Defendant NxEdge, Inc.

OF COUNSEL:

Lawrence D. Graham
David A. Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3300

Dated: April 12, 2005

WP3:1102462.1                                              63807.1001