**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, ) <br> and W.C. HERAEUS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARJORIE JOY LYNN, LYNN ) <br> PLASMA, INC., and NXEDGE, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 04-904 (KAJ) |

**NOTICE OF CHANGE OF COUNSEL**

PLEASE TAKE NOTICE that Kevin M. Baird, Esq. and of Connolly Bove Lodge and Hutz, LLP, The Nemours Building, 1007 North Orange Street, Wilmington, DE 19899, hereby enter their appearance on behalf of defendants Marjorie Joy Lynn, Lynn Plasma, Inc. and NxEdge, Inc.; and the law firm of Young Conaway Stargatt & Taylor, withdraws its appearance on behalf of defendants Marjorie Joy Lynn, Lynn Plasma, Inc. and NxEdge, Inc.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ Kevin M. Baird | /s/ Glenn C. Mandalas |
| _____ | _____ |
| Kevin M. Baird (#4219) <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE  19899-2207 <br> (302) 658-9141 <br> kbaird@cblh.com | Glenn C. Mandalas (#4432) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> gmandalas@ycst.com |

Dated: April 19, 2005

**CERTIFICATE OF SERVICE**

I, Kevin M. Baird, hereby certify that on April 19, 2005, copies of the foregoing document were caused to be served upon the following:

**BY HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

/s/   Kevin M. Baird
_____
Kevin M. Baird (#4219)