IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of Marjorie Joy Lynn and Lynn Plasma, Inc.'s Responses to Plaintiffs' First Set of Requests For Admissions and Responses to Plaintiffs' First Set of Interrogatories were caused to be served on April 14, 2005 upon the following counsel of record in the manner indicated below:

**BY FACSIMILE AND FIRST CLASS OVERNIGHT MAIL**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on April 20, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

**BY EMAIL**

>Fay Morisseau, Esquire
>Mark Itri, Esquire
>Dennis Duchene, Esquire
>McDermott Will & Emery, LLP
>18191 Von Karman Ave., Suite 400
>Irvine, CA 92612

>Lawrence D. Graham
>David A. Lowe
>Black Lowe & Graham, PLLC
>701 Fifth Avenue, Suite 4800
>Seattle, WA 98104
>(206) 381-3300

>CONNOLLY BOVE LODGE & HUTZ LLP

>   /s/ Kevin M. Baird
>Kevin M. Baird (# 4219)
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899-2207
>(302) 658-9141
>kbaird@cblh.com

>*Attorneys for Defendants Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres, Esquire
Kevin C. Braley , Esquire
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID  83701