## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of The Lynn Defendants' First Request For Production of Documents and Things to Heraeus were caused to be served on May 12, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

    Karen Jacobs Louden, Esquire
    Leslie A. Polizoti, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

**BY U.S. MAIL**

    Fay Morisseau, Esquire
    Mark Itri, Esquire
    Dennis Duchene, Esquire
    McDermott Will & Emery, LLP
    18191 Von Karman Ave., Suite 400
    Irvine, CA 92612

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham <sup>PLLC</sup>
701 Fifth Avenue
Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on May 12, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY U.S. MAIL**

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham <sup>PLLC</sup>
701 Fifth Avenue
Suite 4800
Seattle, WA 98104

CONNOLLY BOVE LODGE & HUTZ

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207
(302) 658-9141
kbaird@cblh.com

*Attorneys for Defendants  Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:     (208) 342-5000

Dated:  May 12, 2005