**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., ) ) ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for defendant NxEdge, Inc. hereby certify that copies of NxEdge's Responses to Plaintiffs' First Set of Interrogatories were caused to be served on April 14, 2005 upon the following counsel of record in the manner indicated below:

**BY U.S. MAIL AND FACSIMILE**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

B. Newal Squyres, Esquire
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
P.O. Box 2527
Boise, ID  83701

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on May 12, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899

**BY U.S. MAIL**

>Fay Morisseau, Esquire
>Mark Itri, Esquire
>Dennis Duchene, Esquire
>McDermott Will & Emery, LLP
>18191 Von Karman Ave., Suite 400
>Irvine, CA 92612

>B. Newal Squyres, Esquire
>Kevin C. Braley, Esquire
>Holland & Hart LLP
>101 S. Capitol Boulevard, Suite 1400
>P.O. Box 2527
>Boise, ID 83701

>CONNOLLY BOVE LODGE & HUTZ
>
>/s/ Kevin M. Baird
>Kevin M. Baird (# 4219)
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE 19899-2207
>(302) 658-9141
>kbaird@cblh.com
>*Attorneys for Defendant NxEdge, Inc.*

OF COUNSEL:

Lawrence D. Graham
David A. Lowe
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3300

Dated: May 12, 2005