IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>           Plaintiffs.<br><br>           v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation)<br><br>           Defendants. | C.A. No. 04-904 (KAJ) |

NOTICE OF VIDEOTAPED DEPOSITION
OF DEFENDANT MARJORIE JOY LYNN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated, by their attorneys, will take the deposition upon oral examination of the Defendant Marjorie Joy Lynn on July 15, 2005, beginning at 9:00 a.m., at the offices of Holland & Hart LLP, 101 South Capitol Boulevard, Suite 1400, Boise, ID 83702, (or at such other place and date as may be mutually agreed upon). The deposition may be taken by stenographic, audio, video, and/or real-time computer means (e.g., Live Note) before an officer authorized to administer oaths. The deposition will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that the deposition will proceed in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure, and will continue from day to day, excluding weekends and holidays, until completed.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL |
| | /s/ Leslie A. Polizoti |
| | _____ |
| | Karen Jacobs Louden (#2881) |
| | Leslie A. Polizoti (#4299) |
| | 1201 N. Market Street |
| OF COUNSEL: | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| Fay Morisseau | (302) 658-9200 |
| Mark Itri | |
| Dennis A. Duchene | Attorneys for Plaintiffs W.C. Heraeus GmbH |
| McDERMOTT WILL & EMERY LLP | and Heraeus Incorporated |
| 18191 Von Karman Ave., Suite 400 | |
| Irvine, California 92612-7107 | |
| (949) 851-0633 | |

May 19, 2005

466248

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Kevin M. Baird and Karen Jacobs Louden.

I also certify that on May 19, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

### **BY HAND**

Kevin M. Baird
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899


/s/ Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com