## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, | ) ) ) ) ) | |
| Defendants. | ) | |

### **NOTICE OF SERVICE**

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of The Lynn Defendants' First Set of Interrogatories for Plaintiffs were caused to be served on June 1, 2005, upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 1, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899

                                        CONNOLLY BOVE LODGE & HUTZ

                                        /s/ Kevin M. Baird
                                        Kevin M. Baird (# 4219)
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE  19899-2207
                                        Tel: (302) 658-9141
                                        kbaird@cblh.com

                                        *Attorneys for Defendants  Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  June 1, 2005