AO 440 (Rev. 10/93) Summons in a Civil Action

**Original**

# United States District Court

### DISTRICT OF **DELAWARE**

W.C. HERAEUS GMBH
(a German corporation) and
HERAEUS INCORPORATED
(a Delaware corporation),

          Plaintiffs,

  v.

MARJORIE JOY LYNN as Personal
Representative for the ESTATE OF
DAVID MARK LYNN and as Trustee
of the MARK AND MARJORIE LYNN
REVOCABLE TRUST, LYNN PLASMA, INC.
(an Idaho corporation), NXEDGE, INC.
(a Delaware corporation), and NXEDGE INC. of
BOISE (a Delaware corporation),

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-904 (KAJ)

TO:    NxEdge Inc. of Boise
        Incorporating Services, Ltd.
        3500 South Dupont Highway
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFFS' ATTORNEY:

        Karen Jacobs Louden, Esquire
        Leslie A. Polizoti, Esquire
        MORRIS, NICHOLS, ARSHT & TUNNELL
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347

an answer to the second amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        MAY 3 1 2005

CLERK                                            DATE

BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE: June 2, 2005 |
| NAME OF SERVER (PRINT) Shawn Boylan | TITLE: Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Salli Fulkerson   Nx Edge Inc. of Boise Incorporating Services, Ltd.
3500 South DuPont Highway Dover, DE 19901

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-2-05
           Date          Signature of Server

Address of Server: 800 N. King St. Wilmington, DE 19801

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure