IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation)<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiffs' Responses To The Lynn Defendants' Requests For Production (1-101) were caused to be served on June 13, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

B. Newal Squyres, Esquire
**HOLLAND & HART LLP**
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

**BY FEDERAL EXPRESS**

Lawrence D. Graham, Esquire
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | /s/ Leslie A. Polizoti |
|  | _____ |
|  | Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 |
| OF COUNSEL: | Attorneys for Plaintiffs W.C. Heraeus GmbH & Heraeus Incorporated |
| Fay Morisseau<br>Mark Itri<br>Dennis Duchene<br>McDERMOTT WILL & EMERY LLP<br>18191 Von Karman Ave., Suite 400<br>Irvine, California 92612<br>(949) 851-0633 |  |
| June 15, 2005<br>453255 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Kevin M. Baird (kbaird@ysct.com) and Karen Jacobs Louden (klouden@mnat.com).

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com