IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., and NXEDGE, INC., and NXEDGE INC. OF BOISE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants NxEdge, Inc. and NxEdge Inc. of Boise hereby certify that copies of NxEdge's Second Set of Interrogatories (Nos. 41-46) and NxEdge's Second Set of Requests for Production (Nos. 98-109) were caused to be served on June 15, 2005 upon the following counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 15, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

 

                                        CONNOLLY BOVE LODGE & HUTZ

                                        /s/ Kevin M. Baird
                                        Kevin M. Baird (# 4219)
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE  19899-2207
                                        Tel:  (302) 658-9141
                                        Fax.: (302) 255-4311
                                        kbaird@cblh.com

                                        *Attorneys for Defendants NxEdge, Inc. and*
                                        *NxEdge Inc. of Boise*

OF COUNSEL:

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Tel: (206) 381-3300
Fax: (206) 381-3301

Dated:  June 15, 2005