IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, <br> and W.C. HERAEUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN, LYNN <br> PLASMA, INC., NXEDGE, INC., <br> and NXEDGE OF BOISE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-904 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of: 1) the Lynn Defendants' Supplemental Responses to Plaintiffs' First Set of Interrogatories; 2) the Lynn Defendants' Supplemental Responses to Plaintiffs' First Set of Requests for Admissions; and 3) the Lynn Defendants' Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents and Things, were caused to be served on June 17, 2005, upon the following counsel of record in the manner indicated below:

**BY OVERNIGHT MAIL AND FACSIMILE**

       Karen Jacobs Louden, Esquire
       Leslie A. Polizoti, Esquire
       Morris, Nichols, Arsht & Tunnell
       1201 N. Market Street
       P.O. Box 1347
       Wilmington, DE  19899

       Fay Morisseau, Esquire
       McDermott Will & Emery, LLP
       18191 Von Karman Ave., Suite 400
       Irvine, CA 92612

        Lawrence D. Graham
        Black Lowe & Graham, PLLC
        701 Fifth Avenue, Suite 4800
        Seattle, WA 98104

    Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on June 28, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

        Karen Jacobs Louden, Esquire
        Leslie A. Polizoti, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899

        CONNOLLY BOVE LODGE & HUTZ

        /s/ Kevin M. Baird
        ―――――――――――――――――――
        Kevin M. Baird (# 4219)
        The Nemours Building
        1007 North Orange Street
        Wilmington, DE  19899-2207
        Tel: (302) 658-9141
        kbaird@cblh.com

        *Attorneys for Defendants Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  June 28, 2005