# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., )<br>)<br>)<br>    Plaintiffs, )<br>)<br>        v. )<br>)<br>MARJORIE JOY LYNN, LYNN )<br>PLASMA, INC., NXEDGE, INC., )<br>and NXEDGE OF BOISE INC., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 04-904 (KAJ) |

## NXEDGE'S NOTICE OF DEPOSITION OF ROLAND GOERNER

Please take notice that Defendant NxEdge Inc. of Boise will take the deposition upon oral examination of Roland Goerner. The deposition will take place at a location, date, and time to be mutually agreed upon by counsel for the parties to this action, but not later than the close of discovery. NxEdge respectfully requests that Heraeus provide available dates within one week of this notice. After such time, NxEdge will schedule a date and time of its convenience.

The deposition will be taken before an officer authorized to administer oaths, and will be recorded by real-time stenographic, videographic and/or audiographic means. The deposition will be taken for the purpose of discovery, use at trial, or for any other purpose permitted by the Federal Rules of Civil Procedure. The deposition will continue from day to day until completed.

                                        CONNOLLY BOVE LODGE & HUTZ

                                        /s/ Kevin M. Baird
                                        Kevin M. Baird (# 4219)
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE  19899-2207
                                        Tel: (302) 252-4234
                                        Fax: (302) 255-4311
                                        kbaird@cblh.com

                                        *Attorneys for Defendant NxEdge of Boise Inc.*

OF COUNSEL:

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Tel: (208) 342-5000

Dated:  July 30, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on June 30, 2005, copies of the foregoing document were caused to be served upon the following:

### BY ELECTRONIC FILING AND HAND DELIVERY

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

>/s/ Kevin M. Baird
>Kevin M. Baird (# 4219)