IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## REQUEST TO INSPECT PREMISES

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, NxEdge, Inc. of Boise requests that, on a mutually convenient date and time, W.C. Heraeus GMBH & Co. Kg, and W.C. Heraeus, Inc. permit NxEdge to enter the premises of W.C. Heraeus, Inc. at 301 North Roosevelt Ave., Chandler, Arizona and all other such locations at which products are made using plasma spray technology (including but not limited to SiAl cylindrical magnetron targets) and locking collars in accordance with the patent-in-suit. The plaintiff may photograph or photocopy (subject to the terms of the protective order) records or facilities maintained there.

                                        CONNOLLY BOVE LODGE & HUTZ

                                        /s/ Kevin M. Baird
                                        Kevin M. Baird (# 4219)
                                        The Nemours Building
                                        1007 North Orange Street
                                        Wilmington, DE  19899-2207
                                        Tel: (302) 252-4234
                                        Fax: (302) 255-4311
                                        kbaird@cblh.com

                                        *Attorneys for Defendant NxEdge of Boise Inc.*

OF COUNSEL:

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
Tel: (208) 342-5000

Dated:  July 30, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on June 30, 2005, copies of the foregoing document were caused to be served upon the following:

### BY ELECTRONIC FILING AND HAND DELIVERY

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899


/s/ Kevin M. Baird
Kevin M. Baird (# 4219)