IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation)<br><br>    Plaintiffs,<br><br> v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation)<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiffs' Expert Witness Designation were caused to be served on July 15, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Kevin M. Baird, Esquire<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | B. Newal Squyres, Esquire<br>**HOLLAND & HART LLP**<br>U.S. Bank Plaza<br>101 S. Capitol Blvd., Suite 1400<br>Boise, ID 83702 |
| | **BY FEDERAL EXPRESS**<br><br>Lawrence D. Graham, Esquire<br>**BLACK LOWE & GRAHAM, PLLC**<br>701 Fifth Ave., Suite 4800<br>Seattle, WA 98104 |

2

           MORRIS, NICHOLS, ARSHT & TUNNELL

           /s/ Leslie A. Polizoti

           _____
           Karen Jacobs Louden (#2881)
           Leslie A. Polizoti (#4299)
           1201 N. Market Street
           P.O. Box 1347
           Wilmington, DE  19899-1347
           (302) 658-9200

OF COUNSEL:            Attorneys for Plaintiffs W.C. Heraeus GmbH &
           Heraeus Incorporated

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


July 15, 2005
453255

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com