IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. C. HERAEUS GMBH & Co. KG (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>    Plaintiffs.<br><br>    v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation)<br><br>    Defendants. | C.A. No. 04-904 (KAJ) |

**PLAINTIFFS' NOTICE OF TAKING VIDEOTAPED DEPOSITIONS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated, through undersigned counsel, will take the videotaped depositions of the following persons at the places and times listed below (or at such other places and times as may be mutually agreed upon). The depositions will be taken by stenographic, audio, video, and/or real-time computer means (e.g. Live Note) before an officer authorized to administer oaths. The depositions will be taken for the purpose of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure.

ALSO, PLEASE TAKE NOTICE that the depositions will proceed in accordance with the provisions of Rule 30 of the Federal Rules of Civil Procedure, and will continue from day to day, excluding weekends and holidays, until completed.  You are invited to attend.

| **Deponent** | **Date** | **Time** | **Location for all Depositions** |
|---|---|---|---|
| Mel Clarkson | August 11, 2005 | 9:00 a.m. | The offices of NxEdge located at 7500 W. Mossy Cup St. Boise, Idaho 83709 |
| Chris Potter | August 11, 2005 | 1:00 p.m. | |
| Tony Mariani | August 12, 2005 | 9:00 a.m. | |
| Brian Stuart | August 12, 2005 | 1:00 p.m. | |
| Brian Guthmiller | August 15, 2005 | 9:00 a.m. | |

          MORRIS, NICHOLS, ARSHT & TUNNELL

          /s/ Leslie A. Polizoti

          Karen Jacobs Louden (#2881)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200

          *Attorneys for Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated*

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis A. Duchene
18191 Von Karman Ave., Suite 400
Irvine, CA 92612-7107
(949) 851-0633

July 19, 2005

474857

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to Kevin M. Baird and Karen Jacobs Louden.

I also certify that on July 19, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

Kevin M. Baird
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

B. Newal Squyres
HOLLAND & HART LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham
BLACK LOWE & GRAHAM, PLLC
701 Fifth Ave., Suite 4800
Seattle, WA 98104

/s/ Leslie A. Polizoti
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com