IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation) <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation) <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiffs' Second Set Of Requests For Production (91 to 102) Of Documents And Things To The Lynn Defendants were caused to be served on July 20, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

B. Newal Squyres, Esquire
**HOLLAND & HART LLP**
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

**BY FEDERAL EXPRESS**

Lawrence D. Graham, Esquire
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

2

                                     MORRIS, NICHOLS, ARSHT & TUNNELL

                                     */s/ Karen Jacobs Louden*

                                     Karen Jacobs Louden (#2881)
                                     Leslie A. Polizoti (#4299)
                                     1201 N. Market Street
                                     P.O. Box 1347
                                     Wilmington, DE  19899-1347
                                     (302) 658-9200
                                     klouden@mnat.com

OF COUNSEL:                          Attorneys for Plaintiffs W.C. Heraeus GmbH &
                                     Heraeus Incorporated

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


July 20, 2005
453255

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Kevin M. Baird
>Connolly Bove Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Kevin M. Baird
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>B. Newal Squyres
>Holland & Hart LLP
>U.S. Bank Plaza
>101 S. Capitol Blvd., Suite 1400
>Boise, ID  83702
>
>Lawrence D. Graham
>Black Lowe & Graham, PLLC
>701 Fifth Avenue, Suite 4800
>Seattle, WA  98104

>/s/ Karen Jacobs Louden (#2881)
>MORRIS, NICHOLS, ARSHT AND TUNNELL
>(302) 658-9200
>klouden@mnat.com