IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation)<br><br>    Plaintiffs,<br><br>  v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation)<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF SERVICE

    I hereby certify that copies of Plaintiffs' Second Set Of Requests For Production (91 to 102) Of Documents And Things To The Lynn Defendants were caused to be served on July 20, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
**CONNOLLY BOVE LODGE & HUTZ**
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

2

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ Karen Jacobs Louden*

          _____
          Karen Jacobs Louden (#2881)
          Leslie A. Polizoti (#4299)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          klouden@mnat.com
OF COUNSEL:          Attorneys for Plaintiffs W.C. Heraeus GmbH &
          Heraeus Incorporated

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


July 20, 2005
475096

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Kevin M. Baird
> Connolly Bove Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Kevin M. Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

### BY FACSIMILE

B. Newal Squyres
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

/s/ Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
klouden@mnat.com