IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation)<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation)<br><br>　　　　　Defendants. | C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that copies of PLAINTIFFS' RESPONSES TO THE LYNN DEFENDANTS' FIRST SET OF INTERROGATORIES (1-42) were caused to be served on July 22, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
**CONNOLLY BOVE LODGE & HUTZ**
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
B. Newal Squyres
**HOLLAND & HART LLP**
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

2

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | */s/ Leslie A. Polizoti* |
|  | Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>Attorneys for Plaintiffs W.C. Heraeus GmbH & Heraeus Incorporated |

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


July 22, 2005
475096

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to: Kevin M. Baird.

I further certify that I caused copies to be served upon the following:

**BY HAND**

Kevin M. Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

B. Newal Squyres
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID  83702

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com