IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation) <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation) <br><br> Defendants. | C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that copies of PLAINTIFFS' OBJECTIONS TO NXEDGE, INC.'S FIRST, SECOND AND THIRD NOTICE OF DEPOSITION OF W.C. HERAEUS GMBH & CO., KG, AND W.C. HERAEUS, INC. PURSUANT TO RULE 30(b)(6) and PLAINTIFFS' OBJECTIONS TO NXEDGE, INC.'S REQUEST FOR INSPECTION OF PREMISES were caused to be served on August 3, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| Kevin M. Baird <br> **CONNOLLY BOVE LODGE & HUTZ LLP** <br> The Nemours Building <br> 1007 N. Orange Street <br> P.O. Box 2207 <br> Wilmington, DE  19899 | B. Newal Squyres, Esquire <br> **HOLLAND & HART LLP** <br> U.S. Bank Plaza <br> 101 S. Capitol Blvd., Suite 1400 <br> Boise, ID 83702 |

**BY FEDERAL EXPRESS**

Lawrence D. Graham, Esquire
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104


MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*

_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
Attorneys for Plaintiffs

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 400
Irvine, California 92612
(949) 851-0633


August 3, 2005
453255

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

I further certify that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

B. Newal Squyres
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID  83702

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com