## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' Responses to Plaintiffs' Second Set of Requests for Production of Documents and Things, were caused to be served on September 2, 2005, upon the following counsel of record in the manner indicated below:

**BY FACSIMILE**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham
Black, Lowe & Graham PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 7, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

CONNOLLY BOVE LODGE & HUTZ

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207
Tel: (302) 658-9141
kbaird@cblh.com

*Attorneys for Defendants Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  September 7, 2005