## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

W.C. HERAEUS GMBH & CO. KG,           )
and W.C. HERAEUS, INC.,               )
                                      )
            Plaintiffs,               )
                                      )
      v.                              )          Civil Action No. 04-904 (KAJ)
                                      )
MARJORIE JOY LYNN, LYNN               )
PLASMA, INC., NXEDGE, INC.,           )
and NXEDGE OF BOISE INC.,             )
                                      )
            Defendants.               )
_____)

## NOTICE OF SERVICE

The undersigned, counsel for defendants NxEdge, Inc. and NxEdge of Boise Inc.,

hereby certify that copies of NxEdge, Inc.'s Third Set of Interrogatories (Nos. 47-49)  were

caused to be served on September 19, 2005, upon the following counsel of record in the manner

indicated below:

**BY HAND**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

B. Newal Squyres, Esq.
Kevin C. Braley, Esq.
Holland & Hart, LLP
U.S. Bank Plaza

101 S. Capitol Boulevard, Suite 1400
Boise, ID 83702-7714

Additionally, the undersigned certifies that copies of this Notice of Service were caused

to be served on September 19, 2005, upon the following counsel of record in the manner
indicated:

**BY ELECTRONIC FILING & HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

B. Newal Squyres, Esq.
Kevin C. Braley, Esq.
Holland & Hart, LLP
U.S. Bank Plaza
101 S. Capitol Boulevard, Suite 1400
Boise, ID 83702-7714

CONNOLLY BOVE LODGE & HUTZ

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899-2207
Tel: (302) 252-4234
Fax: (302) 255-4311
kbaird@cblh.com

*Attorneys for Defendants NxEdge, Inc. and NxEdge of Boise Inc.*

OF COUNSEL:

Lawrence D. Graham, Esq.
David A. Lowe, Esq.
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104


Dated: September 19, 2005