IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. C. HERAEUS GMBC & CO., (a German corporation) and HERAEUS INCORPORATED (a Delaware corporation),<br><br>            Plaintiffs,<br><br>v.<br><br>MARJORIE JOY LYNN, as Personal Representative for the ESTATE OF DAVID MARK LYNN, and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-904-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **26th** day of **September, 2005.**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, October 25, 2005 at 5:00 p.m. EST** to be organized by **Kevin Baird, Esquire.** The Court is presently holding December 6, 2005, the scheduled mediate date and as a back-up date, Tuesday, January 3, 2006. The purpose of the teleconference is to determine whether mediation will proceed on December 6, 2005, the availability of the parties and counsel for Tuesday, January 3, 2006, and whether other dates are available on the Court's calendar to reschedule the mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE