## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-904 (KAJ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' Second Set of Requests for Production of Documents and Things to Heraeus were caused to be served on September 30, 2005, upon the following counsel of record in the manner indicated below:

### BY HAND DELIVERY AND EMAIL

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

### BY EMAIL AND FIRST CLASS MAIL

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on September 30, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING, HAND DELIVERY & EMAIL**

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

**BY EMAIL AND FIRST CLASS MAIL**

>Fay Morisseau, Esquire
>McDermott Will & Emery, LLP
>18191 Von Karman Ave., Suite 400
>Irvine, CA 92612
>
>Lawrence D. Graham
>Black Lowe & Graham, PLLC
>701 Fifth Avenue, Suite 4800
>Seattle, WA 98104

>CONNOLLY BOVE LODGE & HUTZ
>
>/s/ Kevin M. Baird
>_____
>Kevin M. Baird (# 4219)
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899-2207
>Tel: (302) 658-9141
>kbaird@cblh.com
>
>*Attorneys for Defendants  Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  September 30, 2005