IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation) )<br><br>Plaintiffs, )<br><br>v. )<br><br>MARJORIE JOY LYNN as Personal Representative) for the ESTATE OF DAVID MARK LYNN and as ) Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation) )<br><br>Defendants. ) | C.A. No. 04-904 (KAJ) |

## **JOINT STIPULATION AND ORDER EXTENDING EXPERT DEADLINES**

To permit the parties further time to prepare and exchange expert disclosures, plaintiffs W.C. Heraeus GmbH and Heraeus Inc. (collectively, "Plaintiffs") and the defendants, Marjorie Joy Lynn (as personal representative for the Estate of David Mark Lynn and as Trustee of the Mark and Marjorie Lynn Revocable Trust), Lynn Plasma, Inc., NxEdge, Inc. and NxEdge Inc. of Boise (collectively, "Defendants") stipulate, subject to the approval of the Court, to extend the following deadlines set forth in the Court's August 22, 2005 Revised Scheduling Order (D.I. 105) as follows:

1.   The parties shall serve their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before Wednesday, November 23, 2005. (The deadline to file these disclosures is currently set for Friday, November 4, 2005.)

2.   The parties shall serve their supplemental expert disclosures to contradict or rebut evidence on the same subject matter identified by another party on or before Friday,

December 23, 2005. (The deadline to file these disclosures is currently set for Wednesday, November 23, 2005.)

3. These extensions will not affect any other deadlines in this case, including the dates for case dispositive motions.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ |
|---|---|
| /s/ Leslie A. Polizoti | /s/ Kevin M. Baird |
| Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>Attorneys for Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated | Kevin M. Baird (#4219)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801<br>(302) 252-4234<br>kbaird@cblh.com<br>Attorneys for Defendants Marjorie Joy Lynn as personal representative for the Estate of David Mark Lynn and as Trustee of the Mark and Marjorie Lynn Revocable Trust, Lynn Plasma, Inc., NxEdge, Inc. and NxEdge, Inc. of Boise |

IT IS SO ORDERED this ___ day of _____, 2005.

_____
Kent A. Jordan
UNITED STATES DISTRICT JUDGE

487172