**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., ) ) ) Plaintiffs, ) ) v. ) ) MARJORIE JOY LYNN, LYNN ) PLASMA, INC., NXEDGE, INC., ) and NXEDGE OF BOISE INC., ) ) Defendants. ) | Civil Action No. 04-904 (KAJ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Doug Grady, Esq. and Mark Beaufait, Esq. of Black, Lowe & Graham PLLC, 701 Fifth Avenue, Suite 4800, Seattle, Washington 98104, to represent defendants in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel: (302) 252-4234
kbaird@cblh.com
*Attorneys for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                    _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated, November 1, 2005

_____
Douglas A. Grady, WSBA No. 36,100
BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Tel: 206.381.3300
Fax: 206.381.3301

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court of any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated, November 1, 2005

Mark S. Beaufait, WSBA No. 13,419
BLACK LOWE & GRAHAM PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Tel: 206.381.3300
Fax: 206.381.3301

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esq. hereby certify that on November 2, 2005, copies of the foregoing document were caused to be served upon the following in the manner indicated:

**BY HAND DELIVERY**

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

**BY FIRST CLASS MAIL**

>Fay Morisseau
>Mark Itri
>Dennis Duchene
>McDermott, Will & Emery LLP
>18191 Von Karman Ave., Suite 400
>Irvine, CA 92612

>B. Newal Squyres, Esq.
>Kevin C. Braley, Esq.
>Holland & Hart, LLP
>U.S. Bank Plaza
>101 S. Capitol Boulevard, Suite 1400
>Boise, ID  83702-7714

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)