IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>    Plaintiffs,<br><br>v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation),<br><br>    Defendants. | C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that copies of (1) Plaintiffs' Third Set Of Requests For Admission To NxEdge, Inc. and NxEdge Inc. of Boise; (2) Plaintiffs' Fourth Set Of Interrogatories To NxEdge, Inc. and NxEdge, Inc. of Boise and (3) Plaintiffs' Fifth Set Of Requests For Production (No. 216) Of Documents And Things To NxEdge, Inc. and NxEdge Of Boise, Inc. were caused to be served on November 14, 2005 upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

B. Newal Squyres, Esquire
**HOLLAND & HART LLP**
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham, Esquire
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  | */s/ Leslie A. Polizoti* |
|  | Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>   Attorneys for Plaintiffs |

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 500
Irvine, California 92612
(949) 851-0633

November 14, 2005
453255

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

I further certify that I caused copies to be served upon the following in the manner indicated:

### BY HAND

Kevin M. Baird
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

### BY FEDERAL EXPRESS

B. Newal Squyres
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID  83702

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104

*/s/Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com