IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-904 (KAJ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' 1) Notice of Videotaped Deposition of Gene Altomari; 2) Notice of Videotaped Deposition of Bernd Kunkel; 3) Notice of Videotaped Deposition of Deanne Schellin; and 4) Notice of Videotaped Deposition of Michael Bartholomeusz were caused to be served on November 3, 2005, upon the following counsel of record in the manner indicated below:

### BY FACSIMILE

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

### BY FACSIMILE

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

       Lawrence D. Graham
       Black Lowe & Graham, PLLC
       701 Fifth Avenue, Suite 4800
       Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 16, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

       Karen Jacobs Louden, Esquire
       Leslie A. Polizoti, Esquire
       Morris, Nichols, Arsht & Tunnell
       1201 N. Market Street
       P.O. Box 1347
       Wilmington, DE  19899

**BY FIRST CLASS MAIL**

       Fay Morisseau, Esquire
       McDermott Will & Emery, LLP
       18191 Von Karman Ave., Suite 400
       Irvine, CA 92612

       Lawrence D. Graham
       Black Lowe & Graham, PLLC
       701 Fifth Avenue, Suite 4800
       Seattle, WA 98104

       CONNOLLY BOVE LODGE & HUTZ

       /s/ Kevin M. Baird
       _____
       Kevin M. Baird (# 4219)
       The Nemours Building
       1007 North Orange Street
       Wilmington, DE  19899-2207
       Tel: (302) 658-9141
       kbaird@cblh.com

       *Attorneys for Defendants  Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  November 16, 2005