IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W. C. HERAEUS GMBC & CO., (a German corporation) and HERAEUS INCORPORATED (a Delaware corporation),<br><br>              Plaintiffs,<br><br>     v.<br><br>MARJORIE JOY LYNN, as Personal Representative for the ESTATE OF DAVID MARK LYNN, and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), and NXEDGE, INC. (a Delaware corporation),<br><br>              Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 04-904-KAJ<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **17th** day of **November, 2005.**

IT IS ORDERED that the mediation scheduled for December 6, 2005 at 9:00 a.m. has been rescheduled to **Tuesday, December 20, 2005 at 9:00 a.m.** Submissions of the parties shall now be due on or before **Friday, December 9, 2005** with the following page limitations: **each side** is limited to **twenty (20) pages, double-spaced, 12 pt. font.** The defense may decide how to divide up the page limitations by filing a joint submission, separate submissions, or a combination of joint and separate submissions; however, the total page limitation **absent** exhibits shall be **twenty (20) pages.** All other provisions of the Court's April 26, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE