IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation) <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation) <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-904 (KAJ) |

## JOINT STIPULATION AND ORDER
## EXTENDING DAMAGES EXPERT DEADLINES

To permit the parties further time to prepare and exchange damages expert disclosures, plaintiffs W.C. Heraeus GmbH and Heraeus Inc. (collectively, "Plaintiffs") and the defendants, Marjorie Joy Lynn (as personal representative for the Estate of David Mark Lynn and as Trustee of the Mark and Marjorie Lynn Revocable Trust), Lynn Plasma, Inc., NxEdge, Inc. and NxEdge Inc. of Boise (collectively, "Defendants") stipulate, subject to the approval of the Court, to extend the following deadlines set by this Court in its January 23, 2005 Order (D.I. 105) and October 13, 2005 Order (D.I. 120) as follows:

1.  The parties shall serve their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of damages expert testimony on or before <u>Friday, December 16, 2005</u>. (The deadline to serve these disclosures is currently set for Wednesday, November 23, 2005).

2.  The parties shall serve their supplemental damages disclosures to contradict or rebut evidence on the same subject matter identified by another party on or before <u>Thursday, January 23, 2006</u>.  (The deadline to file these disclosures is currently set for Friday, December 23, 2005).

3.  The deadline by which the parties shall complete damages expert depositions shall be <u>Friday, February 17, 2006</u>.  (The deadline to complete expert depositions is currently set for Wednesday, January 18, 2006).

4.  These extensions shall not affect any of the other existing deadlines in this case, including the deadlines for non-damages related expert discovery, fact discovery, or case dispositive motions.

| CONNOLLY BOVE LODGE & HUTZ | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s *Kevin M. Baird* | /s *Karen Jacobs Louden* |
| Kevin M. Baird (#4219) | Karen Jacobs Louden (#2881) |
| kbaird@cblh.com | klouden@mnat.com |
| The Nemours Building | Leslie A. Polizoti (#4299) |
| 1007 North Orange Street | 1201 N. Market Street |
| P.O. Box 2207 | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899-1347 |
| (302) 252-4234 | (302) 658-9200 |
| Attorneys for Defendants Marjorie Joy Lynn as personal representative for the Estate of David Mark Lynn and as Trustee of the Mark and Marjorie Lynn Revocable Trust, Lynn Plasma, Inc., NxEdge, Inc. and NxEdge, Inc. of Boise | Attorneys for Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated |

IT IS SO ORDERED.

Dated: _____, 2005

Kent A. Jordan
UNITED STATES DISTRICT JUDGE

-3-

Case 1:04-cv-00904-KAJ    Document 140    Filed 11/18/2005    Page 3 of 3