IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG,<br>and W.C. HERAEUS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MARJORIE JOY LYNN, LYNN<br>PLASMA, INC., NXEDGE, INC.,<br>and NXEDGE OF BOISE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 04-904 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' Third Request for Production of Documents and Things to Heraeus were caused to be served on November 17, 2005, upon the following counsel of record in the manner indicated below:

### BY FACSIMILE

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

### BY FACSIMILE

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612


Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 18, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Karen Jacobs Louden, Esquire
>Leslie A. Polizoti, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899

**BY FIRST CLASS MAIL**

>Fay Morisseau, Esquire
>McDermott Will & Emery, LLP
>18191 Von Karman Ave., Suite 400
>Irvine, CA 92612
>
>Lawrence D. Graham
>Black Lowe & Graham, PLLC
>701 Fifth Avenue, Suite 4800
>Seattle, WA 98104

>CONNOLLY BOVE LODGE & HUTZ
>
>/s/ Kevin M. Baird
>_____
>Kevin M. Baird (# 4219)
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19899-2207
>Tel: (302) 658-9141
>kbaird@cblh.com
>
>*Attorneys for Defendants Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  November 18, 2005