**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' Notices of Videotaped Depositions of Bernd Stenger and Uli Blankenstein were caused to be served on November 22, 2005, upon the following counsel of record in the manner indicated below:

**BY FACSIMILE**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**BY FACSIMILE**

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

> Lawrence D. Graham
> Black Lowe & Graham, PLLC
> 701 Fifth Avenue, Suite 4800
> Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 28, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

**BY FIRST CLASS MAIL**

> Fay Morisseau, Esquire
> Mark Itri, Esquire
> Dennis Duchene, Esquire
> McDermott Will & Emery, LLP
> 18191 Von Karman Ave., Suite 400
> Irvine, CA 92612

> Lawrence D. Graham
> Black Lowe & Graham, PLLC
> 701 Fifth Avenue, Suite 4800
> Seattle, WA 98104

CONNOLLY BOVE LODGE & HUTZ

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207
Tel: (302) 658-9141
kbaird@cblh.com

*Attorneys for Defendants Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho 83701-2527
Tel: (208) 342-5000

Dated: November 28, 2005