IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation),<br><br>Plaintiffs,<br><br>v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation),<br><br>Defendants. | C.A. No. 04-904 (KAJ) |

## NOTICE OF SERVICE

I hereby certify that copies of the (1) Report Of Expert Opinion Of Fay E. Morisseau; (2) Report Of Expert Opinion Of Paul A. Kammer; and (3) Report Of Expert Opinion Of J. Michael McCarthy were caused to be served on November 23, 2005 upon the following via electronic transmission and overnight mail:

Kevin M. Baird, Esquire
**CONNOLLY BOVE LODGE & HUTZ LLP**
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

B. Newal Squyres, Esquire
**HOLLAND & HART LLP**
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham, Esquire
**BLACK LOWE & GRAHAM, PLLC**
701 Fifth Ave., Suite 4800
Seattle, WA 98104

I further certify that copies of the Report Of Expert Opinion Of Karen Jacobs Louden were caused to be served on November 23, 2005 upon the following in the manner indicated:

| **BY HAND AND ELECTRONIC MAIL** | **BY FEDERAL EXPRESS AND ELECTRONIC MAIL** |
|---|---|
| Kevin M. Baird, Esquire<br>**CONNOLLY BOVE LODGE & HUTZ LLP**<br>The Nemours Building<br>1007 N. Orange Street<br>Wilmington, DE 19801 | B. Newal Squyres, Esquire<br>**HOLLAND & HART LLP**<br>U.S. Bank Plaza<br>101 S. Capitol Blvd., Suite 1400<br>Boise, ID 83702<br><br>Lawrence D. Graham, Esquire<br>**BLACK LOWE & GRAHAM, PLLC**<br>701 Fifth Ave., Suite 4800<br>Seattle, WA 98104 |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*

Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
lpolizoti@mnat.com
　Attorneys for Plaintiffs

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 500
Irvine, California 92612
(949) 851-0633

November 28, 2005
453255

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

I further certify that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

B. Newal Squyres, Esquire
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID  83702

Lawrence D. Graham, Esquire
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA  98104

*/s/Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com