**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., </br></br>  Plaintiffs, </br></br> v. </br></br> MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, </br></br>  Defendants. | ) ) ) ) ) ) ) C.A. No. 04-904 (KAJ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' 1) Responses to Plaintiffs' Second Set of Interrogatories; 2) Responses to Plaintiffs' Second Set of Requests for Admissions; and 3) Responses to Plaintiffs' Third Set of Requests for Production of Documents and Things, were caused to be served on November 28, 2005, upon the following counsel of record in the manner indicated below:

**BY FACSIMILE AND OVERNIGHT MAIL**

> Karen Jacobs Louden, Esquire
> Leslie A. Polizoti, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899

**BY FACSIMILE AND OVERNIGHT MAIL**

> Fay Morisseau, Esquire
> McDermott Will & Emery, LLP
> 18191 Von Karman Ave., Suite 400
> Irvine, CA 92612

      Lawrence D. Graham
      Black Lowe & Graham, PLLC
      701 Fifth Avenue, Suite 4800
      Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on November 29, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

      Karen Jacobs Louden, Esquire
      Leslie A. Polizoti, Esquire
      Morris, Nichols, Arsht & Tunnell
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE  19899

**BY FIRST CLASS MAIL**

      Fay Morisseau, Esquire
      Mark Itri, Esquire
      Dennis Duchene, Esquire
      McDermott Will & Emery, LLP
      18191 Von Karman Ave., Suite 400
      Irvine, CA 92612

      Lawrence D. Graham
      Black Lowe & Graham, PLLC
      701 Fifth Avenue, Suite 4800
      Seattle, WA 98104

                                        CONNOLLY BOVE LODGE & HUTZ

                                      /s/ Kevin M. Baird
                                      Kevin M. Baird (# 4219)
                                      The Nemours Building
                                      1007 North Orange Street
                                      Wilmington, DE  19899-2207
                                      Tel: (302) 658-9141
                                      kbaird@cblh.com

                                      *Attorneys for Defendants  Marjorie Joy*
                                      *Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  November 29, 2005