**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| W.C. HERAEUS GMBH & CO. KG, and W.C. HERAEUS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 04-904 (KAJ) ) |
| MARJORIE JOY LYNN, LYNN PLASMA, INC., NXEDGE, INC., and NXEDGE OF BOISE, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants Marjorie Joy Lynn and Lynn Plasma, Inc. hereby certify that copies of the Lynn Defendants' Fourth Request for Production of Documents and Things to Heraeus were caused to be served on November 30, 2005; and the Lynn Defendants' Responses to Plaintiffs' Fourth Set of Requests for Production of Documents and Things, were caused to be served on December 2, 2005, upon the following counsel of record in the manner indicated below:

**BY FACSIMILE**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY FACSIMILE**

Fay Morisseau, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

Additionally, the undersigned certifies that copies of this Notice of Service were caused to be served on December 2, 2005, upon the following counsel of record in the manner indicated:

**BY ELECTRONIC FILING AND HAND DELIVERY**

Karen Jacobs Louden, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

**BY FIRST CLASS MAIL**

Fay Morisseau, Esquire
Mark Itri, Esquire
Dennis Duchene, Esquire
McDermott Will & Emery, LLP
18191 Von Karman Ave., Suite 400
Irvine, CA 92612

Lawrence D. Graham
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

CONNOLLY BOVE LODGE & HUTZ

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19899-2207
Tel: (302) 658-9141
kbaird@cblh.com

*Attorneys for Defendants  Marjorie Joy Lynn and Lynn Plasma, Inc.*

OF COUNSEL:

B. Newal Squyres
Kevin C. Braley
HOLLAND & HART LLP
Suite 1400, U. S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Tel: (208) 342-5000

Dated:  December 2, 2005