# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

LESLIE A. POLIZOTI
302-351-9415
302-425-3084
lpolizoti@mnat.com

December 14, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Heraeus v. Lynn*, C.A. No. 04-904 (KAJ)

Dear Judge Jordan:

    In connection with the December 21 tutorial, plaintiffs respectfully request permission to bring the following items into the courtroom:

1. Two pieces of 12" x 12" glass;

2. A patented locking collar (essentially two interlocking metal rings about 6" in diameter);

3. A cross section of a target (a metal ring about 1/4" thick and 6" in diameter); and

4. A target demo kit, which includes the locking collar (no. 2 above), a metal tube about 8" long and 6" in diameter, and a small stand.

We also respectfully request that the marshals be advised so that we may bring these items through security.

    Respectfully,

    */s/ Leslie A. Polizoti*

    Leslie A. Polizoti

Letter to The Honorable Kent A. Jordan
December 14, 2005
Page 2


cc: Dr. Peter T. Dalleo (by hand)
     Kevin Ash, Chief Security Officer (by hand)
     Kevin M. Baird, Esq. (by hand)
     Lawrence Graham, Esq. (by facsimile)
     B. Newal Squyres, Esq. (by facsimile)