IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation)<br><br>           Plaintiffs,<br><br>    v.<br><br>MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation)<br><br>           Defendants. | ) ) ) ) ) ) ) ) C.A. No. 04-904 (KAJ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED by Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated (the "Plaintiffs") and Defendants NxEdge, Inc. and NxEdge of Boise, subject to the approval of the Court, that:

        1.     The time for Plaintiffs to file an answering brief in opposition to NxEdge's Motion for Voluntary Dismissal of Its Second and Third Counterclaims (D.I. 146) (the "Motion") is extended to and including January 11, 2006.

        2.     The time for NxEdge, Inc. and NxEdge of Boise to file a reply brief in support of their Motion is extended to and including January 18, 2006.

-2-

| CONNOLLY BOVE LODGE & HUTZ | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ Kevin M. Baird* | */s/ Leslie A. Polizoti* |
| Kevin M. Baird (#4219)<br>kbaird@cblh.com<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19801<br>(302) 252-4234<br>Attorneys for Defendants NxEdge, Inc. and NxEdge, Inc. of Boise | Karen Jacobs Louden (#2881)<br>Leslie A. Polizoti (#4299)<br>lpolizoti@mnat.com<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>Attorneys for Plaintiffs W.C. Heraeus GmbH and Heraeus Incorporated |

SO ORDERED this ___ day of December, 2005.

                                        Kent A. Jordan
                                        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2005, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

      */s/Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com