IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| W.C. HERAEUS GMBH (a German corporation), and HERAEUS INCORPORATED (a Delaware corporation), | ) ) ) ) | C.A. No. 04-904 (KAJ) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MARJORIE JOY LYNN as Personal Representative for the ESTATE OF DAVID MARK LYNN and as Trustee of the MARK AND MARJORIE LYNN REVOCABLE TRUST, LYNN PLASMA, INC. (an Idaho corporation), NXEDGE, INC. (a Delaware corporation), and NXEDGE INC. OF BOISE (a Delaware corporation), | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of the following documents were caused to be served on December 16, 2005 on the following counsel in the manner indicated:

(1) Plaintiffs' Sixth Set Of Requests For Production Of Documents And Things To NxEdge, Inc. and NxEdge Of Boise, Inc.;

(2) Plaintiffs' Fifth Set Of Interrogatories To NxEdge, Inc. and NxEdge, Inc. Of Boise;

(3) Plaintiffs' Fourth Set Of Requests For Admission To NxEdge, Inc. And NxEdge Inc. Of Boise;

(4) Plaintiffs' Sixth Set Of Requests For Production Of Documents And Things To The Lynn Defendants;

(5) Plaintiffs' Fourth Set Of Interrogatories To The Lynn Defendants;

(6) Plaintiffs' Third Set Of Requests For Admission To The Lynn Defendants; and

(7) Plaintiffs' Responses To The Lynn Defendants' Third Set of Requests For Production Of Documents And Things

| | |
|---|---|
| **BY HAND** | **BY FEDERAL EXPRESS** |
| Kevin M. Baird, Esquire | B. Newal Squyres, Esquire |
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **HOLLAND & HART LLP** |
| The Nemours Building | U.S. Bank Plaza |
| 1007 N. Orange Street | 101 S. Capitol Blvd., Suite 1400 |
| Wilmington, DE  19801 | Boise, ID 83702 |
| | |
| | Lawrence D. Graham, Esquire |
| | **BLACK LOWE & GRAHAM, PLLC** |
| | 701 Fifth Ave., Suite 4800 |
| | Seattle, WA 98104 |

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*
_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
lpolizoti@mnat.com
   Attorneys for Plaintiffs

OF COUNSEL:

Fay Morisseau
Mark Itri
Dennis Duchene
McDERMOTT WILL & EMERY LLP
18191 Von Karman Ave., Suite 500
Irvine, California 92612
(949) 851-0633

December 16, 2005
453255

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to Kevin M. Baird.

I further certify that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Kevin M. Baird, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

B. Newal Squyres, Esquire
Holland & Hart LLP
U.S. Bank Plaza
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Lawrence D. Graham, Esquire
Black Lowe & Graham, PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

*/s/Leslie A. Polizoti (#4299)*
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com