# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302-351-9415
302-425-3084
lpolizoti@mnat.com

December 20, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    <u>Heraeus v. Lynn</u>, C.A. No. 04-904 (KAJ)

Dear Judge Jordan:

    In connection with the December 21 tutorial, plaintiffs respectfully request permission for Lindsay duPhily of Discovery Video Services to bring photography equipment into the courtroom. We also respectfully request that the marshals be advised so that she may bring these items through security.

    Respectfully,

    */s/ Leslie A. Polizoti*

    Leslie A. Polizoti

cc:    Dr. Peter T. Dalleo (by hand)
        Kevin Ash, Chief Security Officer (by hand)
        Kevin M. Baird, Esq. (by hand)
        Lawrence Graham, Esq. (by facsimile)
        B. Newal Squyres, Esq. (by facsimile)