Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302-351-9415
302-425-3084
lpolizoti@mnat.com

January 9, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, Delaware 19801

  Re: *Heraeus v. Lynn*, C.A. No. 04-904 (KAJ)

Dear Judge Jordan:

  I write on behalf of the parties to advise the Court that the parties have reached a settlement, with the assistance of Magistrate Judge Thynge.

  The parties expect to finalize the settlement by February 23, 2006 (45 days from reaching settlement), and will file a Stipulation of Dismissal upon execution of the final settlement agreement.

  In the meantime, the parties respectfully request that all further activity in the case be suspended, including discovery, motions, and responses to pending motions.

          Respectfully,

          */s/ Leslie A. Polizoti*

          Leslie A. Polizoti

cc: Dr. Peter T. Dalleo (by hand)
   Magistrate Mary Pat Thynge (by email (judge_mary_pat_thynge@ded.uscourts.gov))
   Kevin M. Baird, Esq. (by hand and by email (kbaird@cblh.com))
   Lawrence Graham, Esq. (by email (graham@blacklaw.com))
   B. Newal Squyres, Esq. (by email (nsquyres@hollandhart.com))