REVIEWED
By Larisha Davis at 11:06 am, Jun 20, 2007

CLOSED, MEDIATION, PATENT

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-00904-KAJ
## Internal Use Only

| | |
|---|---|
| WC Heraeus GMBH & Co, et al v. Lynn, et al | Date Filed: 07/27/2004 |
| Assigned to: Honorable Kent A. Jordan | Date Terminated: 03/07/2006 |
| Demand: $0 | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**W.C. Heraeus GMBH & Co. KG**
*a German corporation*

represented by **Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Polizoti**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: lpolizoti@mnat.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heraeus Incorporated**
*a Delaware corporation*

represented by **Karen Jacobs Louden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M. Stein**
Pro Hac Vice
Email: dstein@mwe.com
*ATTORNEY TO BE NOTICED*

**Jennifer L. Yokoyama**
Pro Hac Vice
Email: jyokoyama@mwe.com
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Leslie A. Polizoti**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Marjorie Joy Lynn**<br>*as Personal Representative for the Estate of David Mark Lynn and as Trustee of the Mark and Marjorie Lynn Revocable Trust* | represented by | **Kevin M. Baird**<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801<br>302-252-4324<br>Email: kbaird@wcsr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Kevin C. Braley**<br>Pro Hac Vice<br>Email: kbraley@hollandhart.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Newal Squyres**<br>Pro Hac Vice<br>Email: nsquyres@hollandhart.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lynn Plasma Inc.**<br>*an Idaho corporation* | represented by | **Kevin M. Baird**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **NxEdge Inc.**<br>*a Delaware corporation* | represented by | **Kevin M. Baird**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David A. Lowe**<br>Pro Hac Vice<br>Email: lowe@blacklaw.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Lawrence D. Graham**<br>Pro Hac Vice<br>Email: graham@blacklaw.com |

                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**NxEdge Inc of Boise**  represented by **Kevin M. Baird**
*a Delaware corporation*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**NxEdge Inc.**  represented by **Kevin M. Baird**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**W.C. Heraeus GMBH & Co. KG**  represented by **Karen Jacobs Louden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Heraeus Incorporated**  represented by **Karen Jacobs Louden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Marjorie Joy Lynn**  represented by **Kevin M. Baird**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lynn Plasma Inc.**  represented by **Kevin M. Baird**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**W.C. Heraeus GMBH & Co. KG**  represented by **Karen Jacobs Louden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | | |
|---|---|---|---|
| **Heraeus Incorporated** | | represented by | **Karen Jacobs Louden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**NxEdge Inc.**
*a Delaware corporation*

**Counter Claimant**

| | | | |
|---|---|---|---|
| **NxEdge Inc of Boise**<br>*a Delaware corporation* | | represented by | **Kevin M. Baird**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

**W.C. Heraeus GMBH & Co. KG**
*a German corporation*

**Counter Defendant**

**Heraeus Incorporated**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136575 (els) (Entered: 07/29/2004) |
| 07/27/2004 | | DEMAND for jury trial by WC Heraeus GMBH & Co, Heraeus Incorporated (els) (Entered: 07/29/2004) |
| 07/27/2004 | | SUMMONS(ES) issued for Marjorie Joy Lynn, Lynn Plasma Inc., NxEdge Inc. (els) (Entered: 07/29/2004) |
| 07/27/2004 | 2 | Disclosure Statement pursuant to Rule 7.1 by WC Heraeus GMBH & Co, Heraeus Incorporated (els) (Entered: 07/29/2004) |
| 07/27/2004 | 3 | Report to Commissioner of Patents and Trademarks. Exit original. RE: 6,375,815 B1 (els) (Entered: 07/29/2004) |
| 08/04/2004 | 4 | CASE assigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 08/04/2004) |
| 11/10/2004 | 5 | FIRST AMENDED COMPLAINT filed by WC Heraeus GMBH & Co, Heraeus Incorporated , amending [1-1] complaint (rwc) (Entered: 11/12/2004) |
| 11/12/2004 | 6 | Praecipe filed by WC Heraeus GMBH & Co, Heraeus Incorporated for issuance of Alias Summonses to Defts. (rwc) (Entered: 11/12/2004) |

| | | |
|---|---|---|
| | | 09/26/2005) |
| 09/26/2005 | 111 | NOTICE OF SERVICE of Plaintiffs' Second Supplemental Response To Nxedge's Interrogatory No. 9 by Heraeus Incorporated.(Louden, Karen) (Entered: 09/26/2005) |
| 09/28/2005 | 112 | SEALED Letter to Judge Jordan from Kevin M. Baird regarding Defendants' Interim Status Report. (Baird, Kevin) Modified on 9/29/2005 (rwc, ). (Entered: 09/28/2005) |
| 09/28/2005 | 113 | SEALED STATUS REPORT by Heraeus Incorporated. (Attachments: # 1 Exhibit A under seal)(Louden, Karen) (Entered: 09/28/2005) |
| 09/29/2005 | 114 | REDACTED VERSION of 113 Status Report by Heraeus Incorporated. (Attachments: # 1 Exhibit A Under Seal)(Louden, Karen) (Entered: 09/29/2005) |
| 09/29/2005 | 115 | REDACTED VERSION of 112 Letter *to Judge Jordan from Kevin M. Baird regarding Defendants' Interim Status Report* by Marjorie Joy Lynn, Lynn Plasma Inc., NxEdge Inc., NxEdge Inc of Boise. (Baird, Kevin) (Entered: 09/29/2005) |
| 09/30/2005 | 116 | NOTICE OF SERVICE of the Lynn Defendants' Second Set of Requests for Production of Documents and Things to Heraeus by Marjorie Joy Lynn, Lynn Plasma Inc..(Baird, Kevin) (Entered: 09/30/2005) |
| 10/05/2005 VOID | 117 | STENO NOTES for 10/4/05 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/06/2005) |
| 10/05/2005 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Status Teleconference held on 10/5/2005. (Court Reporter B. Gaffigan.) (rwc, ) (Entered: 10/06/2005) |
| 10/06/2005 | 118 | TRANSCRIPT of teleconference held on 10/5/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 10/06/2005) |
| 10/12/2005 | 119 | Joint STIPULATION TO EXTEND TIME Expert Deadlines to Initial F.R.C.P. 26(a)(2) of expert testimony on or before November 23, 2005 and Supplemental Expert Disclosures on or before December 23, 2005 - filed by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated. (Polizoti, Leslie) (Entered: 10/12/2005) |
| 10/12/2005 | | SO ORDERED, re 119 Joint STIPULATION TO EXTEND Expert Deadlines . Signed by Judge Kent A. Jordan on 10/12/05. (rwc, ) (Entered: 10/13/2005) |
| 10/18/2005 | 120 | MOTION for Pro Hac Vice Appearance of Attorney Michael R. O'Neill of McDermott Will & Emery LLP - filed by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated. (Polizoti, Leslie) (Entered: 10/18/2005) |
| 10/19/2005 | 121 | NOTICE OF SERVICE of Plaintiffs' Responses To Nxedge's Third Set Of Interrogatories (Nos. 47-49) by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated.(Polizoti, Leslie) (Entered: 10/19/2005) |

| | | |
|---|---|---|
| 01/05/2006 | 158 | NOTICE of Taking Videotaped Deposition Of Expert John Jarosz And Request For Production Of Documents by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated (Polizoti, Leslie) (Entered: 01/05/2006) |
| 01/09/2006 | 159 | Letter to The Honorable Kent A. Jordan from Leslie A. Polizoti regarding settlement. (Polizoti, Leslie) (Entered: 01/09/2006) |
| 01/18/2006 | 160 | Letter to Hon. Kent A. Jordan from Karen Jacobs Louden regarding Technical Tutorial Hearing. (Louden, Karen) (Entered: 01/18/2006) |
| 01/19/2006 | 161 | (SEALED) - TRANSCRIPT of Tutorial Hearing held on 12/21/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) Modified on 1/19/2006 (rwc, ). (Entered: 01/19/2006) |
| 01/19/2006 | 162 | TRANSCRIPT of Tutorial Hearing held on 12/21/05 before Judge Jordan. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc, ) (Entered: 01/19/2006) |
| 02/21/2006 | 163 | Letter to the Honorable Kent A. Jordan from Leslie A. Polizoti regarding expected date for finalization of settlement (March 3, 2006). (Polizoti, Leslie) (Entered: 02/21/2006) |
| 03/03/2006 | 164 | STIPULATION of Dismissal *JOINT STIPULATION AND ORDER OF DISMISSAL* by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated. (Polizoti, Leslie) (Entered: 03/03/2006) |
| 03/07/2006 | 165 | SO ORDERED, re 164 Stipulation of Dismissal filed by W.C. Heraeus GMBH & Co. KG, Heraeus Incorporated,, ***Civil Case Terminated. Signed by Judge Kent A. Jordan on 3/7/06. (rwc, ) (Entered: 03/07/2006) |
| 03/07/2006 | 166 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,375,815 B1; (Attachments: # 1 stipulation of dismissal) (rwc, ) (Entered: 03/07/2006) |