**KAJ Sealed Documents to be picked up by Plaintiff/Plaintiff ATY.**

| Case # | DI # | Contact Info. |
|---|---|---|
|  |  |  |
| **94-489** | 58<br>60<br>74<br>124<br>148<br>160<br>176<br>186<br>200<br>205<br>270<br>299<br>305<br>308 | **Jack B. Blumenfeld** -Plaintiff<br>jbbefiling@mnat.com<br>Jack B. Blumenfeld Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street P.O. Box 1347 Wilmington, DE 19899 |
| **01-20** | 356 | **Patricia C. Hannigan**<br>patricia.hannigan@usdoj.gov<br>Patricia C. Hannigan<br>U.S. Attorney's Office<br>The Nemours Building<br>1007 Orange Street, Suite 700 P.O. Box 2046 Wilmington, DE 19899-2046 |
| **01-169** | 129<br>132<br>144<br>155<br>196<br>204<br>205<br>206<br>235<br>250<br>251<br>334 | **Robert K. Payson/Phillip Rovner**<br>Potter Anderson<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>302-984-6000 |

| | | |
|---|---|---|
| **01-389** | 108<br>109<br>127<br>180<br>181<br>186<br>216<br>239<br>240<br>241<br>266 | **Rudolf E. Hutz**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>(302) 658-5614 (fax)<br>rhutz@cblh.com |
| **01-389** | 102<br>214<br>258<br>267<br>268<br>270<br>274 | **N. Richard Powers**<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>nrp@cblhlaw.com |

| | | |
|---|---|---|
| **02-123** | 132 191 200 271 272 276 280 281 286 287 293 294 296 297 313 314 315 316 317 318 319 323 324 325 341 349 380 392 393 397 464 475 496 497 510 511 525 526 533 534 537 565 574 591 | **Richard L. Horwitz** Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr. P.O. Box 951 Wilmington, DE 19899-0951 (302) 984-6000 rhorwitz@potteranderson.com |

| | | |
|---|---|---|
| **02-1686** | 186 | **Dawn Marie Jones**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: djones@ycst.com |
| **03-217** | 165<br>198<br>331<br>332<br>333<br>334<br>335<br>336<br>337<br>341<br>351<br>352<br>353 | **James Gordon McMillan, III**<br>Bouchard Margules & Friedlander<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>Email: jmcmillan@bmf-law.com |
| **03-1095** | 79<br>83<br>176<br>177<br>178<br>183<br>184<br>185<br>186<br>189<br>192<br>225<br>226<br>227<br>228<br>229230<br>332<br>396<br>397 | **Richard L. Horwitz /David E. Moore**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com |
| | | |

| | | |
|---|---|---|
| **03-1148** | 34 | **Gerald Wilmer**<br>SBI# 218977<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977<br>PRO SE |
| **04-2** | 64 | **John M. LaRosa**<br>Law Office of John M. LaRosa<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>(302)888-1290<br>Fax: (302)655-9329<br>Email: JLR@LaRosaLaw.com |
| **04-350** | 16<br>17 | **Philip A. Rovner**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: provner@potteranderson.com |

| | | |
|---|---|---|
| **04-833** | 104<br>182<br>187<br>188<br>192<br>200<br>210<br>233<br>251<br>260<br>261<br>262<br>263<br>270<br>271<br>288<br>289<br>290<br>291<br>292<br>310<br>317<br>323<br>328 | **Maryellen Noreika**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: menefiling@mnat.com |
| **04-904** | 113 | **Karen Jacobs Louden**<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>Email: kjlefiling@mnat.com |

| | | |
|---|---|---|
| **04-1278** | 55<br>58<br>133<br>166<br>177<br>183<br>200<br>202<br>203<br>206<br>207<br>241<br>242<br>243<br>244<br>245<br>246<br>248<br>249<br>250<br>251<br>277<br>287<br>295<br>308<br>320<br>326 | **John W. Shaw**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>jshaw@ycst.com |
| **04-1332** | 89<br>90<br>92<br>93<br>95<br>96<br>98<br>99<br>101<br>102<br>103<br>104<br>134<br>135<br>136<br>144<br>145 | **John W. Shaw**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: jshaw@ycst.com |

| | | |
|---|---|---|
| **04-1532** | 71<br>72<br>113<br>122<br>125<br>139<br>140<br>141<br>142<br>143<br>144<br>145<br>146<br>147<br>148 | **Edmond D. Johnson**<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>Email: bankserve@bayardfirm.com |
| **04-1564** | 1<br>12 | **Adam Wyatt Poff**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600<br>Email: apoff@ycst.com |
| **05-108** | 109<br>111<br>113<br>134<br>146<br>147<br>180<br>183 | **John G. Day**<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>Email: jday@ashby-geddes.com |
| **05-200** | 2<br>4<br>5<br>6<br>22 | **Frederick L. Cottrell, III**<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541<br>Email: cottrell@rlf.com |

| | | |
|---|---|---|
| **05-258** | 2-B 31 | **Ronald G. Johnson**<br>SBI# 182421<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809<br>PRO SE |
| **06-42** | 4 | **Sherry E. Washington**<br>302 W 32nd Street<br>Wilmington, DE 19802<br>302-762-4674<br>PRO SE |
| **06-231** | 1-A | **Ronald G. Johnson**<br>SBI# 182421<br>Howard R.Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809<br>PRO SE |
| **06-477** | 4 7 | **Charles A. Edwards**<br>SBI# 00520789<br>SCI<br>P.O. Box 500<br>Georgetown, DE 19947<br>PRO SE |