OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

Karen Jacobs Louden, ESQ.
Morris, Nichols, Arsht & Tunnell
kjlefiling@mnat.com

RE: **WC Heraeus GMBH & Co, et al v. Lynn, et al.**
    Civ. No. **04-cv-00904-KAJ**

Dear Counsel:

Pursuant to the Order entered on 7/20/2007 by the Honorable Mary Pat Thyne, the following documents are herewith being returned to you:

ITEMS: 113.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By /s/ [signature]

I hereby acknowledge receipt of the above mentioned documents on July 31, 2007.

Michael S. Williams
Signature